UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV17-0812-CBM(JPRx) | Date | MAY 3, 2017 |

| | |
|---|---|
| Title | DANIEL RAYRAY v. PERMFORMANT RECOVERY, INC., |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of the First Amended Complaint [18], filed May 1, 2017.

Counsel are notified that the Motion to dismiss [15] is hereby moot and the hearing is vacated. No appearances are necessary on May 23, 2017.

IT IS SO ORDERED.

cc: all parties